***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted June 2, reversed July 6, 2023

In the Matter of Y. R.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

Y. R.,
*Appellant.*

Multnomah County Circuit Court
22CC06468; A179956

Erin E. Kirkwood, Judge.

Joseph R. DeBin and Multnomah Defenders, Inc. filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

SHORR, P. J.

Reversed.

**SHORR, P. J.**

Appellant appeals from a judgment committing her to the Mental Health Division for a period not to exceed 180 days and prohibiting her from purchasing or possessing firearms, based on a finding that she has a mental illness. ORS 426.130. She asserts that the trial court plainly erred when it failed to provide the advice of rights required by ORS 426.100(1).

The state concedes the error in failing to advise appellant of her rights. Failure to provide the statutory advice of rights constitutes plain error. *See State v. R. R. M.*, 310 Or App 380, 381, 484 P3d 408 (2021) (trial court's failure to advise an appellant of their rights under ORS 426.100(1) is plain error). Because of the nature of civil commitment proceedings, the relative interests of the parties, the gravity of the error, and the ends of justice, we exercise our discretion to correct the error.

Reversed.